# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Ted & Melanie Duggan,<br><br>                    Plaintiff<br>v.<br><br>NCO Financial Systems, Inc.,<br><br>                    Defendant | FILED ELECTRONICALLY |

## **COMPLAINT**

### I. Introduction

1.      This is an action for damages brought by an individual consumer for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("the Act") which prohibits debt collectors from engaging in abusive, unfair, and deceptive practices.

### II. Jurisdiction and Venue

2.      Jurisdiction of this Court is proper pursuant to 15 U.S.C. § 1692k(d), which permits an action under the Act to be brought in any court of competent jurisdiction.

3.      Venue in this district is proper in that Defendant transacts business here and the conduct complained of is alleged to have occurred here.

### III. Parties

4. Plaintiff, Ted & Melanie Duggan, are natural persons residing at 1047 Cottage Ave., Scranton, PA  18508.

5. Defendant, NCO Financial Systems, Inc., ("The Collector") is a corporation engaged in the business of collecting debts in this state with a place of business located at 507 Prudential Rd., Horsham, PA  19044.

6. The Collector is a "debt collector" as defined by the Act, 15 U.S.C. § 1692a(6).

### IV. Statement of Claim

7. On or before December 14, 2008, the Collector began attempting to collect an alleged account ("the Account") from Plaintiff.

8. The Account is a "debt" as that term is defined by the Act, 15 U.S.C. §1692a(5).

9. The collector regularly uses the telephone and mails to attempt to collect consumer debts alleged to be due another.

10. Between December 13, 2008, and December 19, 2008, the Collector caused at least two (2) telephone calls ("*the Calls*") to be placed to phone number (570) 343-4226.

11.	The aforementioned phone number was assigned to the address identified in paragraph 4 at all times relevant to this matter.

12.	During each of *the Calls*, an employee of the Collector left a message ("*the Messages*") for Plaintiff.

13.	15 U.S.C. § 1692d(6) requires a debt collector to provide a meaningful disclosure of identity in each communication with a consumer.

14.	In both of *the Messages,* the caller failed to state the name of the Collector.

15.	In both of *the Messages,* the caller failed to provide the meaningful disclosure of identity required by 15 U.S.C. § 1692d(6).

16.	The *Calls* and *Messages* were attempts to collect the Account.

WHEREFORE, Plaintiff demands judgment against Defendant for damages, costs, attorney's fees, and such other and further relief as the Court deems just and proper.

## V. Demand for Jury Trial

17. Plaintiff demands a trial by jury as to all issues so triable.

                                              Respectfully Submitted,

                                              <u>s/ Kenneth W. Pennington</u>
                                              Kenneth W. Pennington
                                              Bar Number PA 68353
                                              Attorney for Plaintiff
                                              Sabatini Law Firm
                                              142 N. Washington Ave., Ste 800
                                              Scranton, PA  18503-2218
                                              Phone (570) 341-9000
                                              Facsimile (570) 504-2769
                                              Email kpecf@bankruptcypa.com