# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Ted & Melanie Duggan,<br>            Plaintiff<br><br>v.<br><br><br>NCO Financial Systems, Inc.,<br>            Defendant | Docket 3:09-cv-01637-JMM<br><br>(JUDGE JAMES M. MUNLEY)<br><br><br><br><br>FILED ELECTRONICALLY |

## Notice of Settlement

Defendant NCO Financial Systems, Inc. has accepted Plaintiff's written offer to settle this action. Consummation of the settlement agreement is expected to occur within 45 days. Thereafter, Plaintiff will dismiss this action with prejudice.

s/ Kenneth W. Pennington
Kenneth W. Pennington
Bar Number PA 68353
Attorney for Plaintiff
Sabatini Law Firm, LLC
216 N. Blakely Street
Dunmore, PA  18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email kpecf@bankruptcypa.com
